**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1211

JASPER HARRIS, JR.,

Plaintiff - Appellant,

v.

PAUL WHINNEY, Director of Department of Social Services;
REBECCA CLINE, Department of Social Services; KELLY HARRIS,
Department of Social Services; M. L. CROSS, Department of
Social Services; SARAH VAUGHAN, Department of Social
Services; FRANCHESCA JOHNSON, Department of Social Services;
DEBORAH CHEATHAM, Department of Social Services; NICHOLAS F.
SIMOPOULOS, Esquire,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (3:08-cv-00296-RLW)

Submitted:  August 20, 2009            Decided:  August 24, 2009

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jasper Harris, Jr., Appellant Pro Se.   Nicholas Foris
Simopoulos, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA,
Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jasper Harris, Jr., appeals the district court's order dismissing his suit for a lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Harris v. Whinney</u>, No. 3:08-cv-00296-RLW (E.D. Va. Jan. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>